Kathyleen O'Brien (SBN 94218)
Email:  kobrien@reedsmith.com
Carla M. Wirtschafter (SBN 292142)
Email:  cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone: +1 310 734 5200
Facsimile: +1 310 734 5299

*Attorneys for Plaintiff*
*PennyMac Loan Services, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC, a Delaware Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case Number: 2:18-cv-05993-ODW-RAO<br><br>**STATEMENT THAT NO OPPOSITION WAS FILED AND SUPPLEMENTAL DECLARATION OF CARLA M. WIRTSCHAFTER IN SUPPORT OF PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO THE RULE 26(f) CONFERENCE, OR IN THE ALTERNATIVE, FOR AN ORDER FROM THE COURT AUTHORIZING SERVICE BY E-MAIL**<br><br>Date: September 10, 2018<br>Time: 1:30 p.m.<br>Place: Courtroom 5D<br><br>Complaint Filed: July 10, 2018<br><br>Honorable Otis D. Wright II |

# SUPPLEMENTAL DECLARATION OF CARLA M. WIRTSCHAFTER

I, Carla M. Wirtschafter, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at Reed Smith LLP, attorneys for Plaintiff PennyMac Loan Services, LLC ("Plaintiff" or "PennyMac"). I am fully familiar with the facts and circumstances set forth herein and submit this Supplemental Declaration in support of Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference, Or in the Alternative, For An Order From The Court Authorizing Service By E-Mail.

2. Plaintiff filed its Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference, Or in the Alternative, For An Order From The Court Authorizing Service By E-Mail on August 10, 2018 [ECF Dkt. Nos. 10, 11].

3. The same day I caused a legal secretary in my office to email a copy of the filed motion to John Doe at pennymacloanservice@gmail.com and pennymacservice@gmail.com. Attached hereto as **Exhibit G** is a true and correct copy of the email correspondence transmitting the filed Motion.

4. I have not received any response to this email, and John Doe did not file any opposition to the Motion.

5. In August of 2018, after Plaintiff filed this Motion, Plaintiff received complaints from consumers who reported that John Doe, pretending to be Stanford Kurland[1] from Pennymac Loan Services, had contacted them to solicit from them loan applications and payments for purported loan origination fees. On August 14, 2018, a prospective borrower sent an email to PennyMac in which he/she reported that they had been contacted by an individual who falsely identified himself as Stanford Kurland from Pennymac Loan Services and stated he would be processing their loan

---

[1] Mr. Kurland is the founder and Executive Chairman of PennyMac Loan Services, LLC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

application once it was submitted. He then sent them an email and a loan application which he falsely claimed was from Mr. Kurland and Pennymac. Shortly hereafter, a second prospective borrower sent PennyMac a copy of his/her August 15, 2018 email exchange with John Doe which followed up on John Doe's communications with them in which he falsely identified himself as Stanford Kurland of Pennymac Loan Services and urged them to pay a loan origination fee for a loan he falsely claimed would be funded by PennyMac. The fraudulent solicitations came from the pennymacloanservice@gmail.com email address used by John Doe. Attached hereto as **Exhibit H** is (i) a complaint sent to Plaintiff dated August 14, 2018; and (ii) an email dated August 15, 2018 from John Doe at pennymacloanservice@gmail.com which was forwarded to Plaintiff.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of August, 2018 at Los Angeles, California.

                      */s/ Carla M. Wirtschafter*
                        Carla M. Wirtschafter

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No: 2:18-cv-05993-ODW-RAO    3
STATEMENT THAT NO OPPOSITION WAS FILED AND SUPPLEMENTAL DECLARATION OF CARLA M. WIRTSCHAFTER IN SUPPORT OF PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO THE RULE 26(F) CONFERENCE, OR IN THE ALTERNATIVE, FOR AN ORDER FROM THE COURT AUTHORIZING SERVICE BY E-MAIL

# CERTIFICATE OF SERVICE
*Pennymac Loan Services, LLC v. John Doe;*
*USDC Central District-Western Division Case No.: 2:18-cv-05993-ODW-RAO*

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1901 Avenue of the Stars, Suite 700, Los Angeles, California 90067-6078. On August 31, 2018, I served the following document(s) by the method indicated below:

**STATEMENT THAT NO OPPOSITION WAS FILED AND SUPPLEMENTAL DECLARATION OF CARLA M. WIRTSCHAFTER IN SUPPORT OF PLAINTIFF PENNYMAC LOAN SERVICES, LLC'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO THE RULE 26(F) CONFERENCE, OR IN THE ALTERNATIVE, FOR AN ORDER FROM THE COURT AUTHORIZING SERVICE BY E-MAIL**

☐ **BY MAIL** – by placing a true and correct copy(ies) of the attached, in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ **BY OVERNIGHT DELIVERY** – by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below in lieu of delivery by mail. The envelope or package was deposited with delivery fees thereon fully prepaid.

☒ **BY ELECTRONIC MAIL –** by transmitting via email to the party(ies) at the email addresses listed below

☐ **BY PERSONAL SERVICE -** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

| | |
|---|---|
| John Doe | Defendants |

Email: pennymacloanservice@gmail.com
Email: pennymacservice@gmail.com

I declare under penalty of perjury under the laws of the United States that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on August 31, 2018, at Los Angeles, California.

*Aida Turner*
Aida Turner